JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>ERICK HEINS, )<br>  )<br>Defendant. )<br>_____ ) | NO. CR09-5845<br><br>ORDER GRANTING STIPULATED MOTION TO DELAY VOLUNTARY SURRENDER |

Based on the stipulated motion of the parties to delay the defendant's voluntary surrender date to the Bureau of Prisons to serve the imposed sentence,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the defendant, Erick Heins, report to the designated BOP facility as directed by the United States Probation officer to begin service of his sentence on or about January 25, 2011.

DONE this  21st  day of December, 2010.

_____
Robert J Bryan
United States District Judge

Presented By:

*/s/ Miriam Schwartz*  
Miriam F. Schwartz  
Attorney for Defendant

*/s/ David Jennings*  
David Jennings  
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO DELAY VOLUNTARY SURRENDER

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**