Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA
         Plaintiff,

v.

ERICK F. HEINS,

         Defendant.

NO.  CR 09- 5845RJB

Order Granting Motion to Extend Self-Reporting Date to 5/2/11

**Order**

Erick Heins moves the Court for an Order deferring his self-reporting date to prison from 1/25/11 until 5/2/11.  The basis for this motion is to allow Mr. Heins to undergo a second surgery to address serious medical issues that have recently developed, and to allow him sufficient time to recover from the same.  The Government and Probation do not oppose this motion.

The Court GRANTS the Motion.  Mr. Heins shall report to FDC SeaTac on 5/2/11. Entered this 10th  day of January, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Order Granting Mot. to Extend Self-Report Date   1

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Order Granting Mot. to Extend Self-Report Date   2

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881