Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff,<br><br>v.<br><br>ERICK F. HEINS,<br><br>            Defendant. | NO.  CR 09- 5845RJB<br><br>Order Granting Motion to Extend<br>Self-Reporting Date to 8/1/11 |

**Order**

   Erick Heins moves the Court for an Order deferring his self-reporting date to the Bureau of Prisons from 5/2/11 to 8/1/11.  The basis for this motion is to allow Mr. Heins to recover from a series of health problems that have transpired over the past few months, including a series of recent strokes.  The Government and Probation do not oppose this motion.

Order Granting Mot. to Extend Self-Report Date   1                    PHIL BRENNAN, Esq.
                                                                       P.O. Box 22837
                                                                       Seattle, WA 98122
                                                                        (206) 372-5881

1   The Court GRANTS the Motion.  Mr. Heins shall report to the facility

2   designated by the Bureau of Prisons on 8/1/11.

3   Entered this 11th day of April, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Order Granting Mot. to Extend Self-Report Date   2

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881