Judge Bryan

*FILED / LODGED / RECEIVED*
*JAN 25 2012*
*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WASHINGTON AT TACOMA*
*DEPUTY*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR 09-5845RJB |
|---|---|
| Plaintiff, | Order Granting Motion to Extend Self-Reporting Date to 8/1/12 |
| v. | |
| ERICK F. HEINS, | |
| Defendant. | |

**Order**

Erick Heins moves the Court for an Order deferring his self-reporting date to the Bureau of Prisons from 2/1/12 to 10/1/12. The basis for this motion is to allow Mr. Heins to recover from a series of health problems that have transpired over the past few months, including a series of recent strokes and the need for further surgery. The Government and Probation do not oppose this motion.

The Court GRANTS the Motion. Mr. Heins shall report to the facility designated by the Bureau of Prisons on 10/1/12. Entered this 25 day of January, 2012.

ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Order Granting Mot. to Extend Self-Report Date   1

PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881



09-CR-05845-ORD