Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ERICK F. HEINS,<br><br>Defendant. | NO.   CR 09- 5845RJB<br><br>Order Granting Motion to Extend<br>Self-Reporting Date |

Erick Heins moves the Court for an Order deferring his self-reporting date to the Bureau of Prisons from 10/1/12 until 6/1/13.  The basis for this motion is to allow Mr. Heins to recover from a series of health problems that have transpired over the past few years, including a series of recent strokes and the need for further surgery. The Government does not oppose this motion.

The Court GRANTS the Motion.  Mr. Heins shall report to the facility designated by the Bureau of Prisons on 6/1/13.

Entered this 7th  day of September, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Order Granting Mot. to Extend Self-Report Date   1                    PHIL BRENNAN, Esq.
                                                                      P.O. Box 22837
                                                                      Seattle, WA 98122
                                                                      (206) 372-5881